UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAOUROU BIZOUNOUYA,<br><br>       Plaintiff,<br><br> -against-<br><br>CNA INSURANCE COMPANY; ALLSTATE INSURANCE COMPANY; MR. WALTER F. CIACCI, LLP,<br><br>       Defendants. | 24cv5505 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the October 26, 2024, order, this action is dismissed. The Court has dismissed this action for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3). The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). SO ORDERED.

Dated: October 31, 2024
    New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                 Chief United States District Judge